COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 15, 2014
 No. 10-15-00285-CV
 DAMON BESHEARS
 v.
 THE STATE OF TEXAS
 
 
 From the 414[th] District Court
 McLennan County, Texas
 Trial Court No. 2015-3058-5
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Damon Beshears has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that the State of Texas is awarded judgment against Damon Beshears for the State of Texas's appellate costs that were paid, if any, by the State of Texas; and all unpaid appellate court cost, if any, is taxed against Damon Beshears.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk